UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-mj-01091-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | |
| LOMACHAEL ANTONIO GRICE ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint pending against the above-captioned defendant in that, the defendant entered a plea of guilty to a Criminal Information in case number 4:14-cr-00030-BO, which charged the defendant with conspiracy to distribute and possess with the intent to distribute twenty-eight (28) grams or more of cocaine base (crack) and a quantity of cocaine and was based upon the conduct alleged in the instant Criminal Complaint.

THOMAS G. WALKER
United States Attorney

BY: */S/ AUGUSTUS D. WILLIS IV*
AUGUSTUS D. WILLIS IV
Special Assistant U.S. Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: Augustus.Willis@usdoj.gov
NC State Bar No. 41683

Leave of Court is granted for the filing of the foregoing dismissal.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

Date: 7/18/2014